**James MAYNARD, Appellant,**

v.

**Richard SAYLES, et al., Appellees.**

**No. 86–1784–WM.**

United States Court of Appeals, Eighth Circuit.

July 17, 1987.

The petition for rehearing en banc is hereby granted. Argument will be scheduled by further order of the court. Supplemental briefs can be filed, not to exceed 15 pages, and the order of briefing shall be structured by the clerk's office.